ELIZABETH A. STRANGE
First Assistant United States Attorney
United States Attorney
District of Arizona

JEFFREY R. BORUP
Assistant U.S. Attorney
Arizona State Bar No. 027681
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone: (602) 514-7500
jborup@usdoj.gov
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Non-Judicial Civil Forfeiture Proceeding Involving United States Bureau of Alcohol, Tobacco, Firearms and Explosives' Seizure of:<br><br>Barrett Firearms MFG Co 82A1 Rifle CAL: 50, SN: 006623. | **SEALED**<br><br>MOTION TO SEAL<br><br>**MC-18-00037-PHX-GMS**<br><br>(Filed Under Seal) |

The United States of America moves this Court for an Order sealing the *Ex Parte* Motion to Extend Time to File a Complaint for Forfeiture and/or to Obtain an Indictment Alleging Forfeiture lodged in this matter, any attachments thereto, as well as this Motion. Disclosure of any of these documents could jeopardize an ongoing criminal investigation by revealed confidential information and the direction of that investigation.

Respectfully submitted this 19th day of June, 2018.

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

/s/ Jeffrey R. Borup
JEFFREY R. BORUP
Assistant United States Attorney