MICHAEL BAILEY
United States Attorney
District of Arizona
MARK J. WENKER
Assistant U.S. Attorney
Arizona State Bar No. 018187
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone: (602) 514-7500
mark.wenker@usdoj.gov
Attorneys for Plaintiff

FILED JUN 13 2019 CLERK U S DISTRICT COURT DISTRICT OF ARIZONA BY DEPUTY

SEALED

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Judicial Forfeiture Proceeding Involving ATF seizure of:<br><br>64 Firearms | MC-18-00037-PHX-GMS<br><br>**Status Report** |

The government moved for, and the Court granted, extensions of time for the government to either file a civil forfeiture complaint or obtain an indictment alleging forfeiture of 64 seized firearms. In its last Order, the Court extended the deadline to June 7, 2019. (Doc. 15). On June 7, 2019, the government filed a civil forfeiture complaint against the 64 Firearms, *United States v. 64 Firearms*, United States District Court, District of Arizona, CV 19-04403-PHX-SMB.

Therefore, the reason and justification for originally sealing this matter no longer exist, and the government does not object to unsealing and closing this matter.

Respectfully submitted this 12th day of June, 2019.

MICHAEL BAILEY
United States Attorney
District of Arizona

*/s/ Mark Wenker*

MARK J. WENKER
Assistant United States Attorney