MICHAEL BAILEY
United States Attorney
District of Arizona
MARK J. WENKER
Assistant U.S. Attorney
Arizona State Bar No. 018187
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone: (602) 514-7500
mark.wenker@usdoj.gov
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

**SEALED**

IN RE:

Non-Judicial Civil Forfeiture Proceeding Involving the United States Bureau of Alcohol, Tobacco, Firearms and Explosives' Seizure of:

Barrett Firearms MFG Co 82A1 Rifle CAL: 50, SN: 006623.

MC-18-00037-PHX-GMS

**Status Report**

The government moved for, and the Court granted, extensions of time for the government to either file a civil forfeiture complaint or obtain an indictment alleging forfeiture of 64 seized firearms. In its last Order, the Court extended the deadline to June 7, 2019. (Doc. 15). On June 7, 2019, the government filed a civil forfeiture complaint against the 64 Firearms in case entitled *United States v. 64 Firearms*, United States District Court, District of Arizona, CV 19-04403-PHX-SMB.

Therefore, the reason and justification for originally sealing this matter no longer exist, and the government does not object to unsealing and closing this matter.

Respectfully submitted this 26 day of June, 2019.

MICHAEL BAILEY
United States Attorney
District of Arizona

MARK J. WENKER
Assistant United States Attorney