# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Non-Judicial Civil Forfeiture Proceeding Involving United States Bureau of Alcohol, Tobacco, Firearms and Explosives' Seizure of:<br><br>Barrett Firearms MFG Co 82A1 Rifle CAL: 50, SN: 006623. | No. MC-18-00037-PHX-GMS<br><br>**ORDER** |

Pursuant to the Status Report indicating that a civil forfeiture complaint was filed on June 7, 2019, and good cause appearing,

**IT IS HEREBY ORDERED** directing the Clerk of Court to unseal and terminate this action.

Dated this 1st day of July, 2019.

_G. Murray Snow_
G. Murray Snow
Chief United States District Judge

cc: AUSA